United States District Court
Southern District of Texas
**ENTERED**
March 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REYNALDO ARELLANO MARES §<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>NOEM ET AL, §<br>*Defendants*. § | CIVIL ACTION NO. 4:25-CV-6100 |

# **ORDER**

This case is set for an Initial Pretrial and Scheduling Conference on March 9, 2026. ECF 6. Defendant has not appeared. It is therefore

ORDERED that the Initial Pretrial Scheduling Conference is reset for May 28, 2026 at 10:15 AM. It is further

ORDERED that the Joint Discovery and Case Management Plan are due 10 days in advance of the conference.

**Join ZoomGov Meeting**
Meeting ID: 161 376 2172
Passcode: 664485

Signed on March 03, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge